UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

JAMES M. GAILEY, II,

    Plaintiff,

v.

SOLACE FINANCIAL, LLC,
    Defendant.

No. C 13-598 EJD

**ORDER RE: ATTENDANCE AT ENE**

Date:     November 19, 2013
Evaluator:  Robert White

IT IS HEREBY ORDERED that the request to excuse defendant Solace Financial, LLC's corporate and insurer representatives, Jim Levy and Dave Haggerty, from appearing in person at the November 19, 2013 ENE session before Robert White is GRANTED. Messrs. Levy and Haggerty shall be available at all times to participate by telephone in the ENE in accordance with ADR L.R. 5-10(f).

However, if the ENE Evaluator determines that the telephonic appearance by the defendant representatives is interfering with the ENE process, he may decide to terminate the telephonic appearance and set a new ENE date with personal appearances required.

IT IS SO ORDERED.

November 4, 2013     By: _____
Dated                                    Maria-Elena James
                                                 United States Magistrate Judge