IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES M. GAILEY, | CASE NO. 5:13-cv-00598 EJD |
| Plaintiff(s), | **ORDER RE: ACCEPTANCE OF OFFER OF JUDGMENT** |
| v. | |
| SOLACE FINANCIAL, LLC., | |
| Defendant(s). | |

Plaintiff has accepted Defendants' Offer of Judgment pursuant to Federal Rule of Civil Procedure 68. <u>See</u> Docket Item No. 29. Accordingly, Defendant shall file a proposed judgment consistent with Plaintiff's acceptance on or before **April 7, 2014.**

**IT IS SO ORDERED.**

Dated: April 1, 2014

EDWARD J. DAVILA
United States District Judge